UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER LOUIS WARD II,

        Plaintiff,        Case No. 1:13-cv-1315

v.        Honorable Paul L. Maloney

UNKNOWN PARTY #1 et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL DISMISSAL
## and PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants Sergeant (Unknown) Doorlag, Kalamazoo County Jail, Kalamazoo County Sheriff's Department and Kalamazoo County be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff shall have **120 days** from the date of this order to provide the Court with information regarding the identity of Defendants Unknown Parties ##1-4 sufficient to allow the Court to direct the U.S. Marshal Service to effect service of process on these individuals. If Plaintiff fails to provide identifying information to the Court within the **120 days** allowed or to file a declaration showing good cause why the Court should extend the time within which service can be made, Plaintiff's action will be dismissed without prejudice.

Dated:   February 28, 2014        /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge